```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
JEROME N. DRUMMOND, JR.,            )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 15-426 WES
                                    )
SIEMENS INDUSTRY, INC.,             )
                                    )
                                    )
        Defendant.                  )
_____)

## ORDER

WILLIAM E. SMITH, District Judge.

On November 26, 2019, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R"), ECF No. 52, on a limited choice of law issue, recommending that Massachusetts law apply. Having read the relevant papers and heard argument on this limited issue, the Court ACCEPTS the R&R and adopts its conclusion. As anticipated in the R&R, the Court, having adopted this conclusion, refers the matter back to Judge Almond to undertake a Rule 56 review.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
District Judge
Date: January 24, 2020