```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                   )
JEROME N. DRUMMOND, JR.,           )
                                   )
       Plaintiff,                  )
                                   )
   v.                              )     C.A. No. 15-426 WES
                                   )
SIEMENS INDUSTRY, INC.,            )
                                   )
       Defendant.                  )
_____)
```

**ORDER**

United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R"), ECF No. 60, recommending this Court grant in part and deny in part Defendant's Motion for Summary Judgment, ECF No. 34. Defendant objects to this recommendation, ECF No. 61. After reviewing the papers, the Court ACCEPTS the R&R and ADOPTS its reasoning over Defendant's objection, GRANTING Defendant's Motion for Summary Judgment on Count I and DENYING it as to the remaining counts.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
District Judge
Date: May 8, 2020